IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:07CR76 |
| ) | |
| EDMUND TERRELL DAVIS, ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

    IT IS ORDERED that the following is set for hearing on **April 27, 2007** at **9:00 a.m.** before Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Motion to Suppress [11]

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 3rd day of April, 2007.

                                                     BY THE COURT:

                                                     s/Thomas D. Thalken
                                                     United States Magistrate Judge