## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR76** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **EDMUND TERRELL DAVIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the timely objections filed by the Defendant, Edmund Terrell Davis (Filing No. 36) and the supporting brief (Filing No. 37).

IT IS ORDERED:

1.  The Court's previously issued Memorandum and Order (Filing No. 35) is vacated; and

2.  The Clerk shall reinstate the Defendant's motion to suppress (Filing No. 11) to the docket.

DATED this 19th day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge
